445 F.2d 321
 Terry Lynn DUNN et al., Plaintiffs, Clara Mae Harris and
Wincy Glover, Intervenors-Appellants,
v.
LIVINGSTON PARISH SCHOOL BOARD, Defendant=Appellee.
 No. 31137.
 United States Court of Appeals, Fifth Circuit.
 July 1, 1971.
 
 Hobart O. Pardue, Jr., Springfield, La., for intervenors-appellants.
 Leonard E. Yokum, Dist. Atty., Amite, La., Jack P. F. Gremillion, Atty., Gen., Baton Rouge, La., Edward B. Dufreche, Ponchatoula, La., for defendant-appellee.
 Before THORNBERRY, MORGAN and CLARK, Circuit Judges.
 PER CURIAM:
 
 
 1
 The Judgment of the district court dismissing appellants' Motion of Intervention in the above styled and numbered cause is affirmed.